IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-CV-00103-B0

| | | |
|---|---|---|
| DAVID BLACKWELDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOLLY SPRINGS POLICE | ) | |
| DEPARTMENT OF HOLLY SPRINGS, | ) | **NOTICE OF APPEARANCE OF** |
| HOLLY SPRINGS POLICE CHIEF | ) | **COUNSEL** |
| PAUL LIQUORIE, OFFICER | ) | |
| TERRELL PRICE, Individually, | ) | |
| SERGEANT BRIAN MCLAMB, | ) | |
| Individually, JOHN AND JANE DOES | ) | |
| 1-10, Town of Holly Springs employees | ) | |
| ad police officers, Individually | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned attorney, Katherine Barber-Jones, hereby gives notice of appearance as counsel of record for the Defendants in the above-captioned case. It is respectfully requested that all future documents, including but not limited to pleadings, notices, motions and discovery, be served upon the undersigned as counsel for Defendants.

This the 15th day of June, 2023.

**HARTZOG LAW GROUP**

*/s/ Katherine Barber-Jones*
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Ave., Ste. 305
Raleigh, NC 27608
Telephone: (919) 670-0338

Facsimile: (919) 714-4635
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants. I hereby certify that I served the foregoing on the Plaintiff by depositing a copy in the custody of the U.S. Mail, First Class postage prepaid and addressed to:

David Blackwelder

213 Cottesbrook Drive

Wake Forest, NC 27586

*Pro-Se Plaintiff*

**HARTZOG LAW GROUP**

*/s/ Katherine Barber-Jones*
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Ave., Ste. 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendant*